IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROSHAREE MARSHALL,           )
                             )
     Plaintiff,              )
                             )          CIVIL ACTION NO.
     v.                      )           2:16cv857-MHT
                             )              (WO)
CITY OF PRATTVILLE,          )
et al.,                      )
                             )
     Defendants.             )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Rosharee

Marshall filed this lawsuit asserting that local

authorities failed to investigate adequately or

prosecute reports of elder abuse and neglect concerning

her mother.  Marshall further asserts that a police

officer slandered her under oath.  This lawsuit is now

before the court on the recommendation of the United

States Magistrate Judge that Marshall's case be

dismissed.  Also before the court are Marshall's

objections to the recommendation.  After an independent

and de novo review of the record, the court concludes that Marshall's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2017.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE