IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSHAREE MARSHALL,            )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:16cv857-MHT
                              )            (WO)
CITY OF PRATTVILLE,           )
et al.,                       )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Rosharee Marshall's objections (doc. no. 12) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(3) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**